**Scott Lewis RENDELMAN, Plaintiff–Appellant,**

v.

**John P. GALLEY, Warden, individually and in his official capacity, Defendant–Appellee.**

No. 07–6282.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 21, 2007.

Scott Lewis Rendelman, Appellant Pro Se. Phillip Michael Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Lewis Rendelman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rendelman v. Galley*, No. 1:06–cv–01999 (D.Md. Feb. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*